UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DMITRY VOLOVIK,

Plaintiff,

v.

CHIRON CORPORATION, a Delaware corporation; and BAYER CORPORATION, an Indiana corporation,

Defendants.

File No.: 01-CV-1426 MJD/JGL

**JOINT STIPULATION AND ORDER GRANTING AN EXTENSION TO DEFENDANT BAYER CORPORATION**

Plaintiff Dmitry Volovik ("Plaintiff") and Defendant Bayer Corporation ("Bayer") hereby stipulate and agree that Bayer shall have until October 5, 2001, to answer or otherwise respond to Plaintiff's Amended Complaint in this matter.

Dated: September 13, 2001.

LARKIN, HOFFMAN, DALY & LINDGREN, LTD.

By: ______________________
Ronn B. Kreps (#151142)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

**ATTORNEYS FOR PLAINTIFF DMITRY VOLOVIK**

Dated: September 13, 2001.

MASLON EDELMAN BORMAN & BRAND LLP

By: ______________________
Justin H. Perl (#151397)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

**ATTORNEYS FOR DEFENDANT BAYER CORPORATION**

FILED SEP 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Based upon the foregoing stipulation of Plaintiff Dmitry Volovik and Defendant Bayer Corporation, it is hereby ordered that Bayer Corporation shall serve and file its Answer or other pleading responsive to Plaintiff's Amended Complaint on or before October 5, 2001.

Dated: September 17, 2001

Judge Michael J. Davis
Judge, United States District Court

163245

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500