UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Chiron Corporation, a Delaware corporation; and Bayer Corporation, an Indiana corporation,

Defendants.

File No. 01-CV-1426 MJD/JGL

**JOINT STIPULATION AND ORDER GRANTING AN EXTENSION TO DEFENDANT CHIRON CORPORATION**

Plaintiff Dmitry Volovik ("Plaintiff") and Defendant Chiron Corporation ("Chiron") hereby stipulate and agree that Chiron shall have until October 4, 2001, to answer or otherwise respond to Plaintiff's Amended Complaint in this matter.

Dated: 9/7/01

Ronn B. Kreps (151142)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Dmitry Volovik

Dated: 9/6/01

Nancy Koch, Esq.
Chief Litigation Counsel
CHIRON CORPORATION

Attorneys for Defendant Chiron Corporation

**ORDER**

Based upon the foregoing stipulation of Plaintiff Dmitry Volovik and Defendant Chiron Corporation, it is hereby ordered that Chiron Corporation shall serve and file its Answer or other pleading responsive to Plaintiff's Amended Complaint on or before October 4, 2001.

Michael J. Davis

Judge Michael J. Davis
Judge of United States District Court

Sept. 17, 2001

::ODMA\PCDOCS\LIB1\702441\1

FILED SEP 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500