**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ~~DELAWARE~~**
MINNESOTA

| | |
|---|---|
| **Dmitry Volovik,** | ) **Civil Action No. 01-CV-1426 MJD/JGL** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **SECOND JOINT STIPULATION AND** |
| | ) **ORDER GRANTING AN EXTENSION** |
| **Chiron Corporation, a Delaware Corporation; and Bayer Corporation, an Indiana Corporation,** | ) **TO DEFENDANTS BAYER CORPORATION** |
| | ) **AND CHIRON CORPORATION** |
| | ) |
| **Defendants.** | ) |

Plaintiff, Dmitry Volovik ("Plaintiff") and Defendants Bayer Corporation ("Bayer") and Chiron Corporation ("Chiron") hereby stipulate and agree that Bayer and Chiron shall have until October 19, 2001, to answer or otherwise respond to Plaintiff's Amended Complaint in this matter.

Date: Oct. 3, 2001

Ronn B. Kreps (151142)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Dmitry Volovik

Dale M. Heist
Gary H. Levin
Albert J. Marcellino
WOODCOCK WASHBURN LLP
One Liberty Place - 46th Floor
Philadelphia, Pennsylvania 19103
(215) 568-3100

Attorneys for Defendants Bayer Corporation and Chiron Corporation

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Based upon the foregoing stipulation of Plaintiff Dmitry Volovik and Defendants Bayer Corporation and Chiron Corporation, it is hereby ordered that Bayer and Chiron shall serve and file an Answer or other pleading responsive to Plaintiff's Amended Complaint on or before October 19, 2001.

Michael J. Davis

Judge Michael J. Davis
Judge of United States District Court

Oct. 10, 2001

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500