UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dmitry Volovik,

Plaintiff,

v.

Chiron Corporation, a Delaware corporation; and Bayer Corporation, an Indiana corporation,

Defendants.

File No. 01-CV-1426 MJD/JGL

**STIPULATION AND ORDER OF DISMISSAL OF CHIRON CORPORATION**

---

Plaintiff Dmitry Volovik ("Plaintiff") and Defendants Chiron Corporation and Bayer Corporation, by and through their attorneys, stipulate as follows:

1. Prior to the commencement of this action, Bayer Corporation had purchased former Chiron Corporation subsidiary, Chiron Diagnostics, in its entirety.

2. The parties believe, based upon information available to them to date, that any claims Plaintiff may establish in this matter would lie against Chiron's former subsidiary, Chiron Diagnostics, and not directly against Chiron Corporation.

3. Bayer Corporation agrees that, as between Chiron Corporation and Bayer Corporation, Bayer is the proper legal entity to defend, and ultimately to be legally responsible for, claims as stated in the complaint that may be established against Chiron Diagnostics.

4. Plaintiff intends to conduct discovery in this matter to determine whether any of his causes of action as stated in the complaint directly implicate Chiron Corporation, and Plaintiff reserves the right to pursue such claims in this action if discovery in this matter supports such claims.

5. Based upon the above statements and stipulations, and upon the representations of counsel for the Defendants, Plaintiff agrees to voluntarily dismiss Chiron Corporation as a

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant in this matter, without cost to either party, and without prejudice to Plaintiff's right to rejoin Chiron Corporation as a Defendant following discovery to be taken in this matter.

6. Chiron Corporation agrees that the statute of limitations as to Plaintiff's claims versus Chiron Corporation is tolled, by express agreement of the parties, until the close of discovery in this matter and, further, that in the event Plaintiff rejoins Chiron Corporation to this lawsuit, any such rejoinder shall relate back, for purposes of any statute of limitations defense, to the date this action was first filed. Except as stated in this paragraph, Chiron Corporation waives no other defenses and reserves the right to interpose any procedural or substantive defense in the event of any such rejoinder.

Dated: October 16, 2001

Ronn B. Kreps (151142)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Dmitry Volovik

Dated: October 18, 2001

Craig D. Diviney William A. Dossett (0237930)
DORSEY & WHITNEY, LLP
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600

Dale M. Heist
Gary H. Levin
WOODCOCK WASHBURN, LLP
One Liberty Place - 46th Floor
17th & Market Streets
Philadelphia, Pennsylvania 19103
(215) 568-3100

Attorneys for Defendants Chiron Corporation and Bayer Corporation

**ORDER**

Based upon the foregoing stipulation of the parties;

IT IS HEREBY ORDERED:

1. Defendant Chiron Corporation is hereby dismissed from this action, without costs and without prejudice to Plaintiff's right to rejoin Chiron Corporation either by stipulation or upon motion, if information provided during discovery in this action supports such rejoinder.

Michael J. Davis

Judge Michael J. Davis
Judge of United States District Court

708423.3