**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Dmitry Volovik,

Plaintiff,

v.

Chiron Corporation, a Delaware corporation; and Bayer Corporation, an Indiana corporation,

Defendants.

File No. 01-CV-1426 MJD/JGL

**STIPULATION AND ORDER REGARDING RULE 26(f) MEETING AND WRITTEN REPORT**

---

The attorneys for Plaintiff Dmitry Volovik ("Volovok") and Defendant Bayer Corporation ("Bayer") met on December 20, 2001 to discuss a discovery plan and other pre-trial matters pursuant to Fed. R. Civ. P. 26(f) and D.Minn. LR 26.1. At the meeting, the parties agreed to and hereby stipulate to the following, subject to the Court's approval:

1. By January 15, 2002, the parties will exchange initial disclosures in accordance with the requirements set forth in Rule 26(a)(1). In accordance with those disclosures, Bayer will provide Volovik with a sample of the accused pumps of the kind employed in Bayer's Centaur Immunoassay system, which is the subject of Count I, and Volovok will produce copies of documents, that are in his possession, custody, or control and that Volovik may use to support Count I of his claims, consistent with Volovik's obligations under Rule 26(a)(1).

2. By January 15, 2002, Volovik will respond to Bayer's Motion for Judgment on the Pleadings as to Counts II-VII, which was served on December 7, 2001.

2306519.1

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. The parties will reconvene their Rule 26(f) meeting on February 1, 2002 to finalize a proposed discovery schedule for submission to the Court.

4. On February 15, 2002, 14 days after the parties' February 1, 2002 reconvened conference, the parties will submit their written report in compliance with the requirements set forth in Fed. R. Civ. P. 26(f) and Minn. LR 26.1.

Dated: January 4, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________

Thomas L. Hamlin (#40216)
Katie Crosby Lehmann (#21974)
Becky R. Thorson (#254861)
Christopher A. Seidl (#313439)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR DMITRY VOLOVIK**

Dated: January 3, 2002

DORSEY & WHITNEY LLP

By: ______________________

Craig D. Diviney
William A. Dosset (#237930)
220 South 6th Street
Minneapolis, MN 55402
(612) 347-2600

and

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

**ATTORNEYS FOR BAYER CORPORATION**

**IT IS SO ORDERED.**

Dated this 4 day of Jan, 2002.

Jonathan G. Lebedoff
United States Magistrate Judge