**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Dmitry Volovik,

Plaintiff,

v.

Chiron Corporation, a Delaware corporation; and Bayer Corporation, an Indiana corporation,

Defendants.

File No. 01-CV-1426 MJD/JGL

**ORDER REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

---

Based upon the joint stipulation of Plaintiff Dmitry Volovik and Defendant Bayer Corporation filed with the Court on January 29, 2002, it is hereby ordered that:

1. Plaintiff's Motion to Amend the Complaint is granted and Plaintiff has leave to file his Second Amended Complaint.

2. Counts II through VII of the Complaint originally filed and First Amended Complaint are hereby dismissed with prejudice, each party to bear its own costs, disbursements, attorneys' fees associated with these counts.

3. Each party is to bear its own costs, disbursements, attorneys' fees associated with Defendant's Motion for Judgment on the Pleadings and Plaintiff's Motion to Amend the Complaint.

Dated this 5th day of Feb, 2002

[signature]

The Honorable Michael J. Davis
Judge of United States District Court

FEB - 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2309217.1