UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1426 (MJD/JGL)

DMITRY VOLOVIK,

Plaintiff,

v.

**PRETRIAL ORDER**

BAYER CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five to fifteen days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2002;

3. All parties shall disclose all expert witnesses by December 1, 2002, and reports by January 15, 2003; All rebuttal expert witness reports shall be disclosed by March 1, 2003;

4. The period during which the parties may seek non-expert discovery shall be completed by December 1, 2002;

5. The period during which the parties may seek expert discovery shall be completed by May 1, 2003;

6. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2003;

7. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to July 1, 2003; and

6. This case will be considered "ready for trial" as of October 1, 2003.

DATED: March 11, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK