UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dmitry Volovik,<br><br>Plaintiff,<br><br>v.<br><br>Bayer Corporation,<br>an Indiana Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-CV-1426 MJD/JGL<br><br>**ORDER** |

Defendant's response to Plaintiff's Appeal from Magistrate's Order of June 10, 2002, shall be filed and served on or before July 16, 2002.

So Ordered.

Dated: 6-62, 2002

BY THE COURT:

The Honorable Joan Ericksen Lancaster
United States District Court Judge

FILED JUN 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______