**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation,

Defendant.

01cv1426 (JEL/JGL)

**ORDER OF REFERENCE**

---

IT IS ORDERED that pursuant to 28 United States Code, Section 636(b)(1) (A), (B) and (C), the Plaintiff's Motion to Strike Defendant's Affirmative Defense of Lack of Standing is referred to Magistrate Judge Jonathan G. Lebedoff.

Counsel are directed to call and schedule the motion with Calendar Clerk Mary Lenner at 612/664-5120.

Dated: July 2, 2002.

JOAN E. LANCASTER, Judge
United States District Court

JUL 03 2002
FILED
RICHA... ...ERK
JUDG...
DEPU... CLERK