UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Civil No. 01-1426 (JEL/JGL)
ORDER

Bayer Corporation, an
Indiana Corporation,

Defendant.

The Honorable Jonathan Lebedoff, Chief United States Magistrate Judge, issued a Report and Recommendation on July 29, 2002. No objection to the Report and Recommendation has been filed.

The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Magistrate Judge's Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff Dmitry Volovik's Motion to Strike Defendant Bayer Corporation's Affirmative Defense of Lack of Standing [Docket No. 29] is DENIED.

Dated: September 17, 2002

JOAN E. LANCASTER
United States District Judge

SEP 1 [illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS