OCT-14-2002 16:21 DORSEY & WHITNEY LLP 6123402868 P.02/03
Oct-14-2002 05:23pm From-WOODCOCK & WASHBURN +2155683439 T-249 P.002/003 F-453

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1426 JEL/JGL  Case Title: Volovik v. Chiron Corp. & Bayer Corp.

### Affidavit of Movant

I, William A. Dossett, an active member in good standing of the bar of the U.S District Court for the District of Minnesota, request that this Court admit pro hac Stephen Timmins, an attorney admitted to practice in the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Chiron and Bayer in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served

[signature] Signature  237930 MN Attorney License #  10/16/02 Date

### Affidavit of Proposed Admittee

I, Stephen Timmins, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Stephen Timmins Type/Print Name  [signature] Signature  10/14/02 Date

Attorney License Number: 85670
Law Firm Name & Address: Woodcock Washburn LLP; One Liberty Place, 46th Fl.;
Philadelphia, PA 19103

Telephone: 215-568-3100

Motion Granted: [signature]
For the Court, Richard D. Sletten, Clerk  OCT 18 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED OCT 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK