UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dmitry Volovik, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 01-CV-1426 JEL/JGL |
| | ) |
| Bayer Corporation, | ) |
| an Indiana Corporation, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties stipulate to the following amendment to the Court's March 11, 2002 Scheduling Order and respectfully request that the Court order the following amendment to the Court's Scheduling Order.

All fact deposition discovery shall be completed by December 20, 2002.

Dated: November 13, 2002

DORSEY & WHITNEY LLP

By ______________________
Craig D. Diviney # 23103
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

FILED NOV 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: November 14, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By [signature]

Thomas L. Hamlin #40216
Katie Crosby Lehman #257357
Becky R. Thorson #254861
Christopher J. Sorenson #270118
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

Attorneys for Plaintiff Dmitry Volovik

It is so ordered.

Dated: Nov. 18, 2002

By: [signature]
Judge Jonathan Lebedoff
Magistrate Judge, District of Minnesota