UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JEL-JGL

**STIPULATION AND PROPOSED ORDER**

The above parties, by and through their respective counsel, hereby stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 3 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect the following deadlines for expert witness discovery:

a. On or before December 9, 2002, each party will identify the expert witnesses who will submit reports on matters for which that party would bear the burden of proof at trial, and will indicate the subject matter of the expert report and provide a curriculum vitae for each such expert;

b. On or before January 22, 2003, the parties will submit expert reports with respect to those issues on which that party bears the burden of proof at trial;

c. On or before January 29, 2003, the parties will identify those experts who will submit reports in response or rebuttal to the expert reports

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

described in subparagraph b, above, and will provide a curriculum vitae for each such expert; and

d. On or before March 10, 2003, the parties will provide expert reports in response or rebuttal to the expert reports of the other party.

The other deadlines and provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: November 26, 2002

DORSEY & WHITNEY LLP

By ______________________
William A. Dossett #0237930
Craig D. Diviney #0023103
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: ~~November~~ Dec 2, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By [signature]
Thomas L. Hamlin (#40216)
Becky R. Thorson (#25861)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: Dec. 4, 2002

[signature]
The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge