UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 ~~JEL~~ JNE-JGL

**STIPULATION AND PROPOSED ORDER**

Plaintiff, Dmitry Volovik ("Plaintiff") and Defendant Bayer Corporation ("Bayer"), by and through their respective counsel, hereby represent that preparation of expert discovery to date necessitates an expansion of the present schedule. The above parties stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 5 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect that the parties will complete expert discovery on or before May 15, 2003;

2. Paragraph 6 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect that all non-dispositive motions, specifically those which relate to discovery and the discovery period, will be filed prior to June 2, 2003; and

3. Paragraph 7 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect that all dispositive motions will be noticed, served, filed, and heard, in accordance with the local rules, prior to July 16, 2003, such that dispositive motion papers shall be

FILED APR 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

served on or before June 2, 2003, opposing papers shall be served on or before June 23, 2003, and reply papers shall be served on or before June 30, 2003.

The other provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: April 2, 2003

DORSEY & WHITNEY LLP

By ______________________
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
Stephen C. Timmins
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: April 2nd, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ______________________
Thomas L. Hamlin (#40216)
Katie Crosby Lehmann (#257357)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: April 3, 2003

______________________
The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge