UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JEL-JGL

**[redacted] ORDER REGARDING MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN RESPONSE TO PLAINTIFF'S SUBMISSION OF NEW AUTHORITY**

IT IS HEREBY ORDERED that defendant's Motion to File Supplemental Memorandum in Response to Plaintiff's Submission of New Authority is GRANTED.

Dated: April 3, 2003

BY THE COURT:

The Honorable Joan Ericksen Lancaster
United States District Court Judge

APR 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS