UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Civ. No. 01-1426 (JNE/JGL)
ORDER

Bayer Corporation,

Defendant.

This matter is before the Court on a motion by Dmitry Volovik for permission to file a supplemental memorandum of law and supporting affidavits. The Court denies Volovik's motion. *See* D. Minn. R. 7.1(f) ("Except with permission of the Court, no memoranda of law will be allowed except as provided in these rules."). Therefore, IT IS ORDERED THAT:

1. Volovik's Motion for Leave to File a Supplemental Memorandum and Affidavits [Docket No. 130] is DENIED.

Dated: April 22, 2003

JOAN N. ERICKSEN
United States District Judge

FILED APR 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS