UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JNE-JGL

**STIPULATION AND PROPOSED ORDER**

Plaintiff, Dmitry Volovik, and Defendant, Bayer Corporation, by and through their respective counsel, hereby represent that preparation of expert discovery, including unavoidable delays in scheduling expert depositions, requires a further expansion of the present schedule.

This Court's Order of April 3, 2003 effected an earlier stipulation by the parties expanding the schedule for expert depositions and related briefing of dispositive and non-dispositive motions. Because of unavoidable delays occasioned by demanding schedules of the parties' various experts, the parties now jointly request a further extension.

Accordingly, the parties stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 5 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that the parties will complete expert discovery on or before June 6, 2003;

2. Paragraph 6 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all non-dispositive motions, specifically

FILED 5-8-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

those which relate to discovery and the discovery period, will be filed by June 13, 2003; and

3. Paragraph 7 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all dispositive motions, will be noticed, served, filed, and heard, in accordance with the local rules, by August 6, 2003. Dispositive motion papers shall be served on or before June 13, 2003, opposing papers shall be served on or before July 11, 2003, and reply papers shall be served on or before July 21, 2003.

The other provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: May 6, 2003

DORSEY & WHITNEY LLP

By ______________________
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
Stephen C. Timmins
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: May 7, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ______________________________
Thomas L. Hamlin (#40216)
Katie Crosby Lehmann (#257357)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: May 9, 2003

______________________________
The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge