UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JNE-JGL

**STIPULATION AND PROPOSED ORDER**

Plaintiff, Dmitry Volovik, and Defendant, Bayer Corporation, by and through their respective counsel, hereby represent that schedules of counsel, including a commitment by a Bayer counsel to an unexpectedly long trial that has just ended, require a further expansion of the present schedule for briefing of dispositive and non-dispositive motions.

This Court's Order of May 9, 2003, effected an earlier stipulation by the parties expanding the schedule for expert depositions and briefing of dispositive and non-dispositive motions. For the reasons given above, the parties now jointly request a further extension for the briefing.

Accordingly, the parties stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 6 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all non-dispositive motions, specifically those which relate to discovery and the discovery period, will be filed by June 20, 2003; and

FILED JUN 0 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Paragraph 7 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all dispositive motions, will be noticed, served, filed, and heard, in accordance with the local rules, by August 14, 2003, or some other hearing date convenient for the Court. Dispositive motion papers shall be served on or before June 20, 2003, opposing papers shall be served on or before July 17, 2003, and reply papers shall be served on or before July 29, 2003.

The other provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: June 03, 2003

DORSEY & WHITNEY LLP

By ______________________
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: June 3rd, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ______________________
Thomas L. Hamlin (#40216)
Katie Crosby Lehmann (#257357)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: June 5, 2003

______________________
The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge