UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

01cv1426 (JEL/JGL)

**ORDER REGARDING FORMAT FOR SUMMARY JUDGMENT AND OTHER PRETRIAL MOTIONS**

---

Leave is hereby granted for Defendant to file a motion for partial summary judgment on damage-related issues, and a dispositive motion for summary judgment on patent invalidity on June 20, 2003. Opening and reply briefs supporting the motions for summary judgment shall not exceed a total of 35 pages for each motion. In addition, Defendant may file two motions in limine on damages-related issues. These motions in limine shall be served no later than July 17, 2003, responsive papers shall be served no later than August 5, 2003; and reply briefs shall be served no later than August 14, 2003. Opening briefs and reply briefs supporting the motions in limine shall not exceed 15 and 7 pages respectively. A hearing on all of these motions shall be scheduled by the Defendant when the briefing is concluded.

DATED: June 17, 2003.

JOAN N. ERICKSEN, Judge
United States District Court

JUN 18 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS