UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dmitry Volovik,<br><br>Plaintiff,<br><br>v.<br><br>Bayer Corporation,<br>an Indiana Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>01-CV-1426 JNE/JGL |

**BAYER'S MOTION FOR A STAY PENDING**
**REEXAMINATION OF U.S. PATENT NO. 5,540,562**

Defendant Bayer Corporation hereby moves this Court to stay this matter while the Patent Office reexamines the patentability of claim 1 of U.S. Patent No. 5,540,562.

Claim 1 is the only claim asserted by plaintiff Mr. Volovik in this action. On April 8, 2004, the Patent Office granted Bayer's February 18, 2004 request for reexamination of claim 1 of the 562 patent because certain printed prior art submitted by Bayer "raised substantial new questions of patentability" (Ex. A. to Bonella Dec.). Thus, the Patent Office is presently reexamining the patentability of claim 1.

Granting this motion will not unduly prejudice either party because no trial date has been scheduled. In fact, a stay may prevent the enormous burden of preparing for trial and trying this action, only to discover that it "was all for naught" because the Patent Office either canceled claim 1 or allowed it an amended form. In order to prevent potential waste of resources, Bayer respectfully requests that this Court exercise its

discretion and stay this matter pending the conclusion of the Patent Office's reexamination.

Dated: June 1, 2004

DORSEY & WHITNEY LLP

By s/William A. Dossett
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant