UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dmitry Volovik,<br><br>Plaintiff,<br><br>v.<br><br>Bayer Corporation,<br>an Indiana Corporation,<br><br>Defendant. | ) | Civil Action No.<br>01-CV-1426 JNE/JGL |

**BAYER'S NOTICE OF MOTION FOR A STAY PENDING REEXAMINATION OF U.S. PATENT NO. 5,540,562**

TO: Plaintiff above named, and its attorneys, Thomas L. Hamlin, Esq., and Katie Crosby Lehmann, Esq., Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402-2015

PLEASE TAKE NOTICE that on August 16, 2004, at 10:30 a.m., at 748 Federal Building, 316 North Robert Street, St. Paul, Minnesota, before the Honorable Joan N. Ericksen, defendant will bring on for hearing a motion for a stay pending reexamination of U.S. Patent No. 5,540,562. This motion is supported by Bayer's Memorandum in Support of its Motion for a Stay Pending Reexamination of U.S. Patent No. 5,540,562 by the U.S. Patent & Trademark Office, the Declaration of Michael J. Bonella, and a proposed Order.

Dated: June 1, 2004

DORSEY & WHITNEY LLP

By s/William A. Dossett
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP

Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant