**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **Dmitry Volovik,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 01-CV-1426 JNE/JGL** |
| | ) | |
| **Bayer Corporation,** | ) | |
| **an Indiana Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF MICHAEL J. BONELLA**

I, Michael J. Bonella, hereby declare as follows:

1. I am one of the attorneys representing Bayer Corporation in this action.

2. Exhibit A is a true and correct copy of the United States Patent and Trademark Office's April 8, 2004 order granting Bayer's Request for *Ex Parte* Reexamination of U.S. Patent No. 5,540,562.

3. Exhibit B is a true and correct copy of Bayer's February 18, 2004 Request for *Ex Parte* Reexamination in the United States Patent and Trademark Office without exhibits.

I hereby declare under penalty of perjury that the statements made herein of my own knowledge are true and correct and the statements made on information and belief are believed to be true and correct, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both. This declaration was executed in the United States on the date set forth below.

Date: May 26, 2004

Michael J. Bonella