**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on June 1, 2004, I caused the following documents:

Bayer's Motion for a Stay Pending Reexamination of U.S. Patent No. 5,540,562; Bayer's Notice of Motion for a Stay Pending Reexamination of U.S. Patent No. 5,540,562; Bayer's Memorandum in Support of its Motion for a Stay Pending Reexamination of U.S. Patent No. 5,540,562 by the U.S. Patent and Trademark Office; and Declaration of Michael J. Bonella

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael J Bonella
bonella@woodcock.com

Craig D Diviney
diviney.craig@dorsey.com; ayd.rita@dorsey.com

William A Dossett
dossett.william@dorsey.com; motzko.sheila@dorsey.com

Thomas Leonard Hamlin
tlhamlin@rkmc.com; pacurtis@rkmc.com; tjbarrett@rkmc.com

Dale M Heist
heist@woodcock.com

Heather J Klaas
klaas.heather@dorsey.com; brecht.jo@dorsey.com

Ronn B Kreps
rkreps@fulbright.com; klapic@fulbright.com

Katie Crosby Lehmann
kcrosby@rkmc.com; dmohalloran@rkmc.com; ammelchert@rkmc.com

Gary H Levin
levin@woodcock.com

Matthew P Lewis
matt.lewis@maslon.com; theresa.nilges@maslon.com

Albert J Marcellino
marcelli@woodcock.com

Christopher A Seidl
caseidl@rkmc.com; dmlafrance@rkmc.com

Christopher John Sorenson
cjsorenson@rkmc.com; mmtacheny@rkmc.com

Becky Raye Thorson
brthorson@rkmc.com; scgeorge@rkmc.com

Stephen Timmins
timmins@woodcock.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable Joan N. Ericksen

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Dated: June 1, 2004.

**s/William A. Dossett**
**William A. Dossett**