**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation,
an Indiana Corporation,

Defendant.

**Civil No. 01-1426 JNE/JGL**

**NOTICE OF APPEARANCE**

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Marta M. Chou, shall appear as counsel of record for Plaintiff Ecolab Inc. in this case.

Dated this 29th day of July, 2004

Respectfully submitted,

By: s/ Marta M. Chou
Marta M. Chou (#0332112)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF DMITRY VOLOVIK**

20101419.2