**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation,
an Indiana Corporation,

Defendant.

File No. 01/-CV-1426 JNE/JGL

---

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2004, I caused the following documents:

**Notice of Appearance for Marta M. Chou on Behalf of Dmitry Volovik**

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Michael J Bonella** bonella@woodcock.com,

**Marta M Chou** mmchou@rkmc.com, pacurtis@rkmc.com;tlleslie@rkmc.com

**Craig D Diviney** diviney.craig@dorsey.com, ayd.rita@dorsey.com

**William A Dossett** dossett.william@dorsey.com, motzko.sheila@dorsey.com

**Thomas Leonard Hamlin** tlhamlin@rkmc.com, pacurtis@rkmc.com;tjbarrett@rkmc.com

**Dale M Heist** heist@woodcock.com,

**Heather J Klaas** klaas.heather@dorsey.com, brecht.jo@dorsey.com

**Ronn B Kreps** rkreps@fulbright.com, klapic@fulbright.com

**Katie Crosby Lehmann** kcrosby@rkmc.com,
dmohalloran@rkmc.com;ammelchert@rkmc.com

**Gary H Levin** levin@woodcock.com,
labella@woodcock.com,garonski@woodcock.com

**Matthew P Lewis** matt.lewis@maslon.com, theresa.nilges@maslon.com

**Albert J Marcellino** marcelli@woodcock.com,

**Christopher A Seidl** caseidl@rkmc.com, dmlafrance@rkmc.com

**Christopher John Sorenson** cjsorenson@rkmc.com, mmtacheny@rkmc.com

**Becky Raye Thorson** brthorson@rkmc.com, scgeorge@rkmc.com

**Stephen Timmins** timmins@woodcock.com,

**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

Dated: July 29, 2004

s/ Marta M. Chou

Marta M. Chou (#0332112)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR
PLAINTIFF DMITRY VOLOVIK**