**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation,
an Indiana Corporation,

Defendant.

---

File No. 01/-CV-1426 JNE/JGL

**AFFIDAVIT OF THOMAS L. HAMLIN IN SUPPORT OF PLAINTIFF VOLOVIK'S MEMORANDUM IN OPPOSITION TO DEFENDANT BAYER'S MOTION FOR A STAY PENDING REEXAMINATION OF U.S. PATENT NO. 5,540,562 BY THE U.S. PATENT & TRADEMARK OFFICE**

I, Thomas L. Hamlin, hereby declare as follows:

1. I am one of the attorneys representing the Plaintiff Dmitry Volovik ("Volovik") in the above-captioned matter. I submit this affidavit in connection with Volovik's Memorandum In Opposition To Defendant Bayer's Motion For A Stay Pending Reexamination Of U.S. Patent No. 5,540,562 By The U.S. Patent & Trademark Office.

2. Attached as Exhibit 1 is a true and correct copy of the January 14, 2003 Order of Magistrate Judge Lebedoff.

3. Attached as Exhibit 2 are true and correct copies of the Scheduling Orders of March 11, 2002; November 13, 2002; November 26, 2002; April 3, 2003; May 9, 2003; and June 5, 2003.

4. Attached as Exhibit 3 is a true and correct copy of a chart indicating when Bayer produced in this litigation the prior art it is relying on in its request for reexamination.

5. Attached as Exhibit 4 is a true and correct copy of *Magnesystems Inc. v. Nikken, Inc.*, No. 94-1404, 1994 U.S. App. LEXIS 24363 (Fed. Cir. Aug. 30, 1994).

6. Attached as Exhibit 5 is a true and correct copy of *Arctic Cat, Inc. v. Injection Research Specialists, Inc.*, No. 01-543, 2003 U.S. Dist. LEXIS 15095 (D. Minn. Aug. 29, 2003).

7. Attached as Exhibit 6 is a true and correct copy of *Amphenol T&M Antennas, Inc. v. Centurion Int'l, Inc.*, No. 00 C 4298, 2001 U.S. Dist. LEXIS 13795 (N.D. Ill. Sept. 5, 2001).

8. Attached as Exhibit 7 is a true and correct copy of a publication of the U.S. Patent & Trademark Office listing reexamination statistics.

9. Attached as Exhibit 8 is a true and correct copy of *Methode Electroincs, Inc. v. Infineon Technologies Corp.*, No. C 99-21142, 2000 U.S. Dist. LEXIS 20689 (N.D. Cal. 2000).

10. Attached as Exhibit 9 is a true and correct copy of *Pacesetter Inc. v. Cardiac Pacemakers, Inc.*, No. 02-1337, 2004 U.S. Dist. LEXIS 2699 (D. Minn. Feb. 19, 2004).

Further affiant sayeth not.

DATED: June 30, 2004

/s Thomas L. Hamlin
Thomas L. Hamlin (#40216)

SUBSCRIBED and sworn to
before me this _____ day of July, 2004.

______________________________
Notary Public