UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1426 (MJD/JGL)

DMITRY VOLOVIK,

Plaintiff,

v. **PRETRIAL ORDER**

BAYER CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five to fifteen days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2002;

3. All parties shall disclose all expert witnesses by December 1, 2002, and reports by January 15, 2003; All rebuttal expert witness reports shall be disclosed by March 1, 2003;

4. The period during which the parties may seek non-expert discovery shall be completed by December 1, 2002;

5. The period during which the parties may seek expert discovery shall be completed by May 1, 2003;

6. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2003;

7. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to July 1, 2003; and

6. This case will be considered "ready for trial" as of October 1, 2003.

DATED: March 11, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dmitry Volovik, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 01-CV-1426 JEL/JGL |
| | ) |
| Bayer Corporation, | ) |
| an Indiana Corporation, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties stipulate to the following amendment to the Court's March 11, 2002 Scheduling Order and respectfully request that the Court order the following amendment to the Court's Scheduling Order.

All fact deposition discovery shall be completed by December 20, 2002.

Dated: November 13, 2002

DORSEY & WHITNEY LLP

By ____________________
Craig D. Diviney #23103
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

FILED NOV 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: November 14, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ______________________

Thomas L. Hamlin #40216
Katie Crosby Lehman #257357
Becky R. Thorson #254861
Christopher J. Sorenson #270118
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

Attorneys for Plaintiff Dmitry Volovik

It is so ordered.

Dated: Nov. 18, 2002

By: ______________________

Judge Jonathan Lebedoff
Magistrate Judge, District of Minnesota

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JEL-JGL

**STIPULATION AND PROPOSED ORDER**

The above parties, by and through their respective counsel, hereby stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 3 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect the following deadlines for expert witness discovery:

   a. On or before December 9, 2002, each party will identify the expert witnesses who will submit reports on matters for which that party would bear the burden of proof at trial, and will indicate the subject matter of the expert report and provide a curriculum vitae for each such expert;

   b. On or before January 22, 2003, the parties will submit expert reports with respect to those issues on which that party bears the burden of proof at trial;

   c. On or before January 29, 2003, the parties will identify those experts who will submit reports in response or rebuttal to the expert reports

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

described in subparagraph b, above, and will provide a curriculum vitae for each such expert; and

d. On or before March 10, 2003, the parties will provide expert reports in response or rebuttal to the expert reports of the other party.

The other deadlines and provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: November 26, 2002

DORSEY & WHITNEY LLP

By ______________________
William A. Dossett #0237930
Craig D. Diviney #0023103
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: ~~November~~ Dec 2, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By Thomas L. Hamlin
Thomas L. Hamlin (#40216)
Becky R. Thorson (#25861)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: Dec. 4, 2002

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JNE ~~JEL~~-JGL

**STIPULATION AND PROPOSED ORDER**

Plaintiff, Dmitry Volovik ("Plaintiff") and Defendant Bayer Corporation ("Bayer"), by and through their respective counsel, hereby represent that preparation of expert discovery to date necessitates an expansion of the present schedule. The above parties stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 5 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect that the parties will complete expert discovery on or before May 15, 2003;

2. Paragraph 6 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect that all non-dispositive motions, specifically those which relate to discovery and the discovery period, will be filed prior to June 2, 2003; and

3. Paragraph 7 of the Court's Pretrial Order of March 11, 2002, is hereby modified to reflect that all dispositive motions will be noticed, served, filed, and heard, in accordance with the local rules, prior to July 16, 2003, such that dispositive motion papers shall be

FILED APR 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

served on or before June 2, 2003, opposing papers shall be served on or before June 23, 2003, and reply papers shall be served on or before June 30, 2003.

The other provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: April 2, 2003

DORSEY & WHITNEY LLP

By [signature]
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
Stephen C. Timmins
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: April 2nd, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ______________________
Thomas L. Hamlin (#40216)
Katie Crosby Lehmann (#257357)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: ______________, 2003

______________________
The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JNE-JGL

**STIPULATION AND PROPOSED ORDER**

Plaintiff, Dmitry Volovik, and Defendant, Bayer Corporation, by and through their respective counsel, hereby represent that preparation of expert discovery, including unavoidable delays in scheduling expert depositions, requires a further expansion of the present schedule.

This Court's Order of April 3, 2003 effected an earlier stipulation by the parties expanding the schedule for expert depositions and related briefing of dispositive and non-dispositive motions. Because of unavoidable delays occasioned by demanding schedules of the parties' various experts, the parties now jointly request a further extension.

Accordingly, the parties stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 5 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that the parties will complete expert discovery on or before June 6, 2003;

2. Paragraph 6 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all non-dispositive motions, specifically

FILED 5-8-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

those which relate to discovery and the discovery period, will be filed by June 13, 2003; and

3. Paragraph 7 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all dispositive motions, will be noticed, served, filed, and heard, in accordance with the local rules, by August 6, 2003. Dispositive motion papers shall be served on or before June 13, 2003, opposing papers shall be served on or before July 11, 2003, and reply papers shall be served on or before July 21, 2003.

The other provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: May 6, 2003

DORSEY & WHITNEY LLP

By [signature]
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
Stephen C. Timmins
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: May 7, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By Katie Crosby Lehmann

Thomas L. Hamlin (#40216)
Katie Crosby Lehmann (#257357)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: May 9, 2003

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an Indiana corporation,

Defendant.

Civil File No. 01-CV-1426 JNE-JGL

**STIPULATION AND PROPOSED ORDER**

Plaintiff, Dmitry Volovik, and Defendant, Bayer Corporation, by and through their respective counsel, hereby represent that schedules of counsel, including a commitment by a Bayer counsel to an unexpectedly long trial that has just ended, require a further expansion of the present schedule for briefing of dispositive and non-dispositive motions.

This Court's Order of May 9, 2003, effected an earlier stipulation by the parties expanding the schedule for expert depositions and briefing of dispositive and non-dispositive motions. For the reasons given above, the parties now jointly request a further extension for the briefing.

Accordingly, the parties stipulate and agree, and ask the Court to Order, as follows:

1. Paragraph 6 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all non-dispositive motions, specifically those which relate to discovery and the discovery period, will be filed by June 20, 2003; and

FILED JUN 0 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Paragraph 7 of the Court's Pretrial Order of March 11, 2002 is hereby further modified to reflect that all dispositive motions, will be noticed, served, filed, and heard, in accordance with the local rules, by August 14, 2003, or some other hearing date convenient for the Court. Dispositive motion papers shall be served on or before June 20, 2003, opposing papers shall be served on or before July 17, 2003, and reply papers shall be served on or before July 29, 2003.

The other provisions and deadlines of the March 11, 2002, Pretrial Order remain in full force and effect.

Dated: June 03, 2003

DORSEY & WHITNEY LLP

By [signature]
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant Bayer Corporation

Dated: June 3rd, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By [signature]

Thomas L. Hamlin (#40216)
Katie Crosby Lehmann (#257357)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Attorneys for Dmitry Volovik

IT IS SO ORDERED:

Dated: June 5, 2003

[signature]

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge