# List of Exhibits from Bayer's Request for Reexamination 2/18/04 and the Date These Exhibits Were Produced in Volovik v. Bayer

| Exh. # | Description: | Bates No. | Date Bayer Produced: |
|---|---|---|---|
| A | 5,540,562 | Bayer 005156 - 63 | 2/15/02 |
| B | WO 88/07712 | Bayer 002822 - 40 | 2/15/02 |
| C | 5,253,981 | Bayer 161649 - 665 | 7/15/02 |
| D | 5,536,471 | Bayer 148413A (incomplete)<br>Bayer 158671 - 159041 (File History) | 4/17/02<br>7/15/02 |
| E | 5,358,691 | Bayer 0156077 - 131 | 7/15/02 |
| F | 4,089,624 | Bayer 001161 - 67 | 2/15/02 |
| G | Japanese- JP 2213729 | Bayer 154117 - 125 | 5/14/02 |
| H | 5,637,208 | Bayer 161640 - 648 | 7/15/02 |
| I | European 0 039 146 A1 | Bayer 001249 - 59 | 2/15/02 |
| J | 5,219,099 | Bayer 001122 - 31<br>Bayer 001968 - 77<br>Bayer 154088 - 97 | 2/15/02<br>2/15/02<br>5/14/02 |
| K | 5,312,233 | Bayer 002418 - 30 | 2/15/02 |
| L | 4,888,998 | Bayer 154098 - 105 | 5/14/02 |
| M | 5,516,429 | Bayer 154080 - 087 | 5/14/02 |
| N | Order dated May 12, 2003 | N/A | |
| O | Precision Machine Design | N/A | |
| P | 4,775,481 | Included in Bayer's Summary Judgment Motion on Invalidity | 8/20/02 |
| Q | Order dated January 7, 2004 | N/A | |
| R | Durfee Deposition Transcript | N/A | |
| S | 4,715,791 | Bayer 002757 - 61 | 2/15/02 |
| T | 3,155,041 | Bayer 002593 - 97 | 2/15/02 |

| | | | |
|---|---|---|---|
| U | 1,695,305 | Bayer 002548 - 52 | 2/15/02 |
| V | 4,566,868 | Bayer 001048 - 57<br>Bayer 002730 - 39 | 2/15/02<br>2/15/02 |
| W | EP 0 757 757 B1 | Bayer 161753 - 757 | 10/23/02 |
| X | Declaration of K. Hendrick | N/A | |