UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

# *Ex Parte* Reexamination Filing Data - June 30, 2004

1. Total requests filed since start of ex parte reexam on 07/01/81 ........ 7103

| | | | |
|---|---|---|---|
| a. | By patent owner | 3007 | 42% |
| b. | By other member of public | 3931 | 56% |
| c. | By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 2246 | 32% |
| b. | Electrical Operation | 2225 | 31% |
| c. | Mechanical Operation | 2632 | 37% |

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 |
| 1988 | 268 | 1996 | 418 | 2004 | 317 YTD |

4. Number known to be in litigation........ 1484 21%

5. Determinations on requests ........ 6863

a. No. granted ........ 6226 ........ 91%

| | | |
|---|---|---|
| (1) | By examiner | 6121 |
| (2) | By Director (on petition) | 105 |

b. No. denied ........ 637 ........ 9%

| | | |
|---|---|---|
| (1) | By examiner | 603 |
| (2) | Order vacated | 34 |

6. Total examiner denials (includes denials reversed by Director) .......................................... 707

| | | |
|---|---|---|
| a. Patent owner requester | 410 | 58% |
| b. Third party requester | 297 | 42% |

7. Overall reexamination pendency (Filing date to certificate issue date)

| | |
|---|---|
| a. Average pendency | 21.4 (mos.) |
| b. Median pendency | 16.8 (mos.) |

| 8. Reexam certificate claim analysis: | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 30% | 13% | 27% |
| b. All claims cancelled | 7% | 12% | 19% | 10% |
| c. Claims changes | 70% | 58% | 68% | 63% |

9. Total ex parte reexamination certificates issued (1981 - present) .................................. 4886

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 1295 | 27% |
| b. Certificates with all claims canceled | 489 | 10% |
| c. Certificates with claims changes | 3102 | 63% |

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

a. Certificates _ PATENT OWNER REQUESTER ..................................................... 2168

| | | |
|---|---|---|
| (1) All claims confirmed | 503 | 23% |
| (2) All claims canceled | 156 | 7% |
| (3) Claim changes | 1509 | 70% |

b. Certificates _ 3rd PARTY REQUESTER ............................................................ 2589

| | | |
|---|---|---|
| (1) All claims confirmed | 775 | 30% |
| (2) All claims canceled | 309 | 12% |
| (3) Claim changes | 1505 | 58% |

c. Certificates _ COMM'R INITIATED REEXAM ..................................................... 129

| | | |
|---|---|---|
| (1) All claims confirmed | 17 | 13% |
| (2) All claims canceled | 24 | 19% |
| (3) Claim changes | 88 | 68% |

Rexstat x xp.doc