**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Dmitry Volovik, File No. 01/-CV-1426 JNE/JGL

Plaintiff,

v.

Bayer Corporation,
an Indiana Corporation,

Defendant.

---

**AFFIDAVIT OF MARTA M. CHOU IN SUPPORT OF PLAINTIFF VOLOVIK'S MEMORANDUM IN OPPOSITION TO BAYER'S MOTION FOR A STAY PENDING REEXAMINATION OF U.S. PATENT NO. 5,540,562 BY THE U.S. PATENT & TRADEMARK OFFICE**

I, Marta M. Chou, being first duly sworn upon oath, depose and state:

1. I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel representing Plaintiff Dmitry Volovik ("Volovik") in the above-captioned action. I make the following statements based upon my personal knowledge.

2. I have worked with a legal assistant and reviewed the documents filed in this case. We have reviewed the file and counted **<u>11</u>** interrogatories served by Bayer on Volovik.

3. We have reviewed the file and counted **<u>35</u>** interrogatories served by Volovik on Bayer.

4. We have reviewed the file and counted **<u>86</u>** requests for the production of documents and things served by Bayer on Volovik.

5. We have reviewed the file and counted **96** requests for the production of documents and things served by Volovik on Bayer.

6. We have reviewed the file and counted **27** requests to admit served by Bayer on Volovik.

7. We have reviewed the file and counted **7** requests to admit served by Volovik on Bayer.

8. We have reviewed the file and counted **14** depositions taken by Bayer, **4** of which were expert depositions.

9. We have reviewed the file and counted **16** depositions taken by Volovik, **3** of which were expert depositions.

10. We have reviewed the file and counted **4** expert reports, including supplemental reports, filed by Bayer.

11. We have reviewed the file and counted **7** expert reports, including supplemental reports, filed by Volovik.

12. We have reviewed the file and counted **163,377** pages of documents produced in this lawsuit by Bayer.

13. We have reviewed the file and counted **25,298** pages of documents produced in this lawsuit by Volovik.

14. We have reviewed the file and counted **9,172** pages of documents produced in this lawsuit by **twelve** third-party firms or persons pursuant to a subpoena.

15. We have reviewed the file and counted **3** motions for summary judgment filed by Bayer.

16. We have reviewed the file and counted **1** motion for summary judgment filed by Volovik.

17. We have reviewed the file and counted **2** motions in limine filed by Bayer.

18. We have reviewed the file and counted **29** Orders, to date, issued by the Court in this lawsuit.

19. We have reviewed the file and counted **6** Scheduling Orders issued by the Court in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 30, 2004

s/ Marta M. Chou
Marta M. Chou
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Subscribed and sworn to before me this
___ day of July, 2004

_________________________________

Notary Public