UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dmitry Volovik, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. |
| v. | ) | 01-CV-1426 JNE/JGL |
| | ) | |
| | ) | |
| Bayer Corporation, | ) | |
| an Indiana Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM SUPPORTING MOTION FOR STAY**

Bayer Corporation believes that its Motion for a Stay Pending Reexamination of U.S. Patent No. 5,540,562 is governed by L.R. 7.1(b), under which a reply brief may be filed as of right, because the motion has been scheduled for hearing before the trial judge. Because a motion for stay could be viewed as falling under either L.R. 7.1(a) or (b), however, Bayer hereby moves the Court for leave to file a 6-page Reply Memorandum in Support of Bayer's Motion for a Stay Pending Reexamination of U.S. Patent No. 5,540,562.

Bayer requests leave to file a reply memorandum to address the following issues that Mr. Volovik raised in his opposition to Bayer's motion: (i) Mr. Volovik's unfounded claims of prejudice; (ii) Mr. Volovik's allegations that Bayer delayed in petitioning the Patent Office for reexamination; and (iii) why the many cases which Mr. Volovik cited do not support denying Bayer's stay motion.

This motion is supported by proposed Order, which has been e-mailed directly to chambers.

Dated: August 6, 2004

DORSEY & WHITNEY LLP

By s/William A. Dossett
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8765

WOODCOCK WASHBURN LLP
Dale M. Heist
Gary H. Levin
Albert J. Marcellino
Michael J. Bonella
One Liberty Place, 46th Floor
17th and Market Streets
Philadelphia, PA 19103
Telephone: (215) 568-3100

Attorneys for Defendant