**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on August 6, 2004, I caused the following documents:

Motion for Leave to File Reply Memorandum Supporting Motion for Stay

and

Bayer's Reply Memorandum in Support of its Motion for a Stay Pending Reexamination of U.S. Patent No. 5,540,562

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael J Bonella bonella@woodcock.com
Marta M Chou mmchou@rkmc.com; pacurtis@rkmc.com; tlleslie@rkmc.com
Craig D Diviney diviney.craig@dorsey.com; ayd.rita@dorsey.com
William A Dossett dossett.william@dorsey.com; motzko.sheila@dorsey.com
Thomas Leonard Hamlin tlhamlin@rkmc.com; acurtis@rkmc.com; tjbarrett@rkmc.com
Dale M Heist heist@woodcock.com
Heather J Klaas klaas.heather@dorsey.com; brecht.jo@dorsey.com
Ronn B Kreps rkreps@fulbright.com; klapic@fulbright.com
Katie Crosby Lehmann kcrosby@rkmc.com; dmohalloran@rkmc.com;ammelchert@rkmc.com
Gary H Levin levin@woodcock.com; labella@woodcock.com; garonski@woodcock.com
Matthew P Lewis matt.lewis@maslon.com; theresa.nilges@maslon.com
Albert J Marcellino marcelli@woodcock.com
Christopher J Sorenson
Becky Raye Thorson brthorson@rkmc.com; scgeorge@rkmc.com
Stephen Timmins timmins@woodcock.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable Joan N. Ericksen
joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be mailed by first class mail to the following:

Thomas Leonard Hamlin
Katie Crosby Lehmann

Dated: August 6, 2004

s/William A. Dossett
William A. Dossett