**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation,
an Indiana Corporation,

Defendant.

---

**Civil No. 01-1426 JNE/JGL**

**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM SUPPORTING MOTION FOR STAY**

PLEASE TAKE NOTICE that Plaintiff Dmitry Volovik has no objection to Defendant Bayer Corporation's Motion for Leave to File Reply Memorandum Supporting Motion For Stay.

Dated: August 10, 2004

Respectfully submitted,

By: s/ Thomas L. Hamlin
Thomas L. Hamlin (#40216)
Marta M. Chou (#0332112)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF DMITRY VOLOVIK**