UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik, Civil 01-1426 JNE/FLN

Plaintiff,

v. ORDER OF RECUSAL

Chiron Diagnostics et al.,

Defendants.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: September 15, 2005

s/ Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge