UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dmitry Volovik,<br><br>Plaintiff,<br><br>v.<br><br>Chiron Corporation, a Delaware Corporation; and Bayer Corporation, Indiana Corporation,<br><br>Defendants. | ) | Civil Action No. 01-CV-1426 JEL/JGL |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, as of November 27, 2006, the firm address for Woodcock Washburn LLP will change. The new contact information is as follows:

WOODCOCK WASHBURN LLP
Cira Centre
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Accordingly, please direct all future correspondence, pleadings and notices in this matter to the new address.

DORSEY & WHITNEY LLP

By s/ William A. Dossett
Craig D. Diviney, Esq. (#0023103)
William A. Dossett, Esq. (#0237930)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
612-340-2600

WOODCOCK WASHBURN LLP
Dale M. Heist, Esq.
Gary H. Levin, Esq.
Albert J. Marcellino, Esq.
Michael J. Bonella, Esq.
Stephen Timmins, Esq.
Cira Centre
2929 Arch Street, 12th Street
Philadelphia, PA 19104
215-568-3100

Counsel for Bayer Corporation