UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dmitry Volovik,<br><br>Plaintiff,<br><br>v.<br><br>Chiron Corporation, a Delaware Corporation; and Bayer Corporation, Indiana Corporation,<br><br>Defendants. | ) | Civil Action No. 01-CV-1426 JEL/JGL |

I hereby certify that on November 17, 2006, I caused the following document:

Notice of Change of Firm Address

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael J Bonella - bonella@woodcock.com

Marta M Chou - mmchou@rkmc.com tlleslie@rkmc.com

Craig D Diviney - diviney.craig@dorsey.com ayd.rita@dorsey.com

William A Dossett - dossett.william@dorsey.com motzko.sheila@dorsey.com

Thomas L Hamlin - tlhamlin@rkmc.com dllamoreaux@rkmc.com,tjbarrett@rkmc.com

Dale M Heist - heist@woodcock.com

Heather J Klaas - heather.j.klaas@ampf.com

Ronn B Kreps - rkreps@fulbright.com klapic@fulbright.com

Katie Crosby Lehmann - kcrosby@rkmc.com dmohalloran@rkmc.com;ammelchert@rkmc.com

Gary H Levin - levin@woodcock.com labella@woodcock.com,garonski@woodcock.com

Matthew P Lewis - matt.lewis@maslon.com theresa.cooke@maslon.com

Albert J Marcellino - marcelli@woodcock.com

Christopher J Sorenson - csorenson@merchant-gould.com amullenix@merchant-gould.com

Becky R Thorson - brthorson@rkmc.com scgeorge@rkmc.com

Stephen Timmins - timmins@woodcock.com

Dated: November 17, 2006

s/ William A. Dossett
William A. Dossett