UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DMITRY VOLOVIK,

Plaintiff,

v.

CHIRON DIAGNOSTICS
CORPORATION, ET AL.,

Defendants.

Civil No. 05-1426 JNE/AJB

NOTICE OF
STATUS CONFERENCE

---

You are hereby given notice that a status conference in the above captioned matter will be held on June 18, 2007, at 10:00 a.m., in Room 720, 180 East Fifth Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: May 30, 2007

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge