**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

DMITRY VOLOVIK,

Plaintiff,

v.

CHIRON DIAGNOSTICS CORPORATION, ET AL.,

Defendants.

**Civil No. 05-1426 JNE/AJB**

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and counsel that Sang Young Brodie shall appear as counsel of record for Plaintiff Dmitry Volovik in this case.

Dated: May 31, 2007

Respectfully submitted,

By s/Sang Young Brodie

Sang Young Brodie (#0325557)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF DMITRY VOLOVIK**

MP3 20227016.1