**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

DMITRY VOLOVIK,

Plaintiff,

v.

CHIRON DIAGNOSTICS CORPORATION, ET AL.,

Defendants.

**Civil No. 05-1426 JNE/AJB**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on May 31, 2007, I caused the following document:

**NOTICE OF APPEARANCE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **Michael J. Bonella** | bonella@woodcock.com |
| **Marta M. Chou** | mmchou@rkmc.com; pacurtis@rkmc.com; leslie@rkmc.com |
| **Craig D. Diviney** | diviney.craig@dorsey.com; ayd.rita@dorsey.com |
| **William A. Dossett** | dossett.william@dorsey.com; motzoka.sheila@dorsey.com |
| **Thomas L. Hamlin** | tlhamlin@rkmc.com; pacurtis@rkmc.com; tjbarrett@rkmc.com |
| **Dale M. Heist** | heist@woodcock.com |
| **Heather J. Klass** | klaas.heather@dorsey.com; brecht.jo@dorsey.com |
| **Ron B. Kreps** | rkeps@fullbright.com; klapic@fulbright.com |
| **Katie Crosby Lehmann** | kcrosby@rkmc.com; dmohalloran@rkmc.com; ammelchert@rkmc.com |

| | |
|---|---|
| **Gary H. Levin** | levin@woodcock.com; labella@woodcock.com; garonski@woodcock.com |
| **Matthew P. Lewis** | matt.lewis@maslon.com; theresa.nilges@maslon.com |
| **Albert J. Marcellino** | marcelli@woodcock.com |
| **Becky R. Thorson** | brthorson@rkmc.com; scgeorge@rkmc.com |
| **Stephen Timmins** | timmins@woodcock.com |

Dated: May 31, 2007

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By s/ Sang Young Brodie

Sang Young Brodie (#0325557)
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF DMITRY VOLOVIK**