# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

Volovik,

Plaintiff,

v.

Chiron Diagnostic, et al.,

Defendant.

**COURT MINUTES**
Case Number: 05-1426 JNE/AJB

| | |
|---|---|
| Date: | 6/18/07 |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:55 a.m. |
| Time in Court: | 25 Minutes |

Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

Settlement Conference to be held on August 7, 2007, at 9:00 a.m.

s/ Kathy Thobe
Judicial Assistant