UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dmitry Volovik,

Plaintiff,

v.

Chiron Diagnostics Corporation, et al. ,

Defendants.

Civil File No. 01-1426 JNE/AJB

**NOTICE OF APPEARANCE OF PAUL J. ROBBENNOLT**

**TO**: Plaintiff and his attorneys, Thomas L. Hamlin, Robins, Kaplan, Miller & Ciresi LLP, 800 LaSalle Ave, Ste 2800, Minneapolis, Minnesota, 55402-2015.

**PLEASE BE ADVISED** that Paul J. Robbennolt, of the law firm of Dorsey & Whitney LLP, hereby enters his appearance in the above-captioned matter on behalf of Defendants.

Dated: July 30, 2007

DORSEY & WHITNEY LLP

By s/Paul J. Robbennolt
Paul J. Robbennolt #0240497
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants