UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dmitry Volovik,<br><br>Plaintiff,<br><br>v.<br><br>Chiron Diagnostic Corporation, et al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-CV-1426 JNE/AJB |

I hereby certify that on July 30, 2007, I caused the following document:

**Notice of Appearance of Paul J. Robbennolt**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Sang Young Adam Brodie - sybrodie@rkmc.com

Marta M Chou - mmchou@rkmc.com tlleslie@rkmc.com

Thomas L Hamlin - tlhamlin@rkmc.com dllamoreaux@rkmc.com,tjbarrett@rkmc.com

Ronn B Kreps - rkreps@fulbright.com klapic@fulbright.com

Katie Crosby Lehmann - kcrosby@rkmc.com dmohalloran@rkmc.com;ammelchert@rkmc.com

Christopher J Sorenson - csorenson@merchant-gould.com amullenix@merchant-gould.com

Becky R Thorson - brthorson@rkmc.com scgeorge@rkmc.com

Dated: July 30, 2007

s/Paul J. Robbennolt
Paul J. Robbennolt

4841-2424-7809\1