**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

---

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an
Indiana Corporation,

Defendant.

**Civil No. 05-1426 JNE/AJB**

**STIPULATION OF DISMISSAL**

---

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dmitry Volovik and Defendant Bayer Corporation, through their respective attorneys, agree to the following:

(1) the dismissal with prejudice of Plaintiff Volovik's patent infringement claim against Defendant Bayer Corporation; and

(2) the dismissal without prejudice of Defendant Bayer's counterclaims against Plaintiff Volovik.

All attorneys' fees and costs are to be borne by the party that incurred them.

DATED: September 5, 2007.

**ROBINS, KAPLAN, MILLER & CIRESI LLP**

By: /s Sang Young A. Brodie

Thomas L. Hamlin (# 0040216)
Sang Young A. Brodie (# 0325557)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181

**ATTORNEYS FOR PLAINTIFF DMITRY VOLOVIK**

DATED: September 4, 2007.

**WOODCOCK WASHBURN LLP**

By: /s Gary H. Levin

Dale M. Heist (*pro hac vice*)
Gary H. Levin (*pro hac vice*)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Phone: (215) 568-3100
Fax: (215) 568-3439

Paul J. Robbennolt (# 0240479)
Dorsey & Whitney LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Phone: (612) 340-2600
Fax: (612) 340-2868

**ATTORNEYS FOR DEFENDANT BAYER CORPORATION**