**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Dmitry Volovik,<br><br>Plaintiff,<br><br>v.<br><br>Bayer Corporation, an Indiana Corporation,<br><br>Defendant. | **Civil No. 05-1426 JNE/AJB**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 5, 2007, I caused the following documents:

(1) **STIPULATION OF DISMISSAL; and**

(2) **CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **Michael J. Bonella** | bonella@woodcock.com |
| **Craig D. Diviney** | diviney.craig@dorsey.com; ayd.rita@dorsey.com |
| **William A. Dossett** | dossett.william@dorsey.com; motzoka.sheila@dorsey.com |
| **Dale M. Heist** | heist@woodcock.com |
| **Heather J. Klass** | klaas.heather@dorsey.com; brecht.jo@dorsey.com |
| **Ron B. Kreps** | rkeps@fullbright.com; klapic@fulbright.com |
| **Gary H. Levin** | levin@woodcock.com; labella@woodcock.com; garonski@woodcock.com |
| **Matthew P. Lewis** | matt.lewis@maslon.com; theresa.nilges@maslon.com |
| **Albert J. Marcellino** | marcelli@woodcock.com |

**Paul J. Robbennolt** robbennolt.paul@dorsey.com, hesse.karen@dorsey.com

**Stephen Timmins** timmins@woodcock.com

I further certify that I caused the **[PROPOSED] ORDER DISMISSING CASE** to be filed with the court via e-mail to the following judge who is hearing the motion:

**Joan N. Ericksen** joanericksen_chambers@mnd.uscourts.gov

and certify that I caused a copy of the **[PROPOSED] ORDER DISMISSING CASE** to be e-mailed and mailed by first class mail, postage paid, as noted below, to the following:

Dale M. Heist
Woodcock Washburn
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
heist@woodcock.com

Gary H. Levin
Woodcock Washburn
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
levin@woodcock.com

Paul J. Robbennolt
Dorsey & Whitney LLP
50 South Sixth St./Suite 1500
Minneapolis, MN 55402-1498
robbennolt.paul@dorsey.com

Dated: September 5, 2007

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By s/ Sang Young A. Brodie

Sang Young A. Brodie (#0325557)
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEY FOR PLAINTIFF DMITRY VOLOVIK**