**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

---

Dmitry Volovik,

Plaintiff,

v.

Bayer Corporation, an
Indiana Corporation,

Defendant.

**Civil No. 01-1426 JNE/AJB**

**ORDER**
**DISMISSING CASE**

---

WHEREAS the Parties have stipulated to the dismissal of this Action,

IT IS HEREBY ORDERED THAT, the Stipulation of Dismissal (Doc. # 226) is GRANTED, and

(1) Plaintiff Volovik's patent infringement claim against Defendant Bayer Corporation is dismissed with prejudice; and

(2) Defendant Bayer's counterclaims against Plaintiff Volovik are dismissed without prejudice.

All attorneys' fees and costs are to be borne by the party that incurred them.

Dated: September 6, 2007

s/ Joan N. Ericksen
Joan N. Ericksen
District Judge, District of Minnesota